**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**DEREK GRAY #47323**                                         **PETITIONER**

**VS.**                                         **CIVIL ACTION NO. 3:10cv411 TSL-FKB**

**CHRISTOPHER EPPS**                                         **PETITIONER**

$$\overline{\phantom{xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx}}$$

## O R D E R

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge F. Keith Ball and the court, having fully reviewed the report and recommendation entered in this cause on April 26, 2011, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge F. Keith Ball entered on April 26, 2011, be, and the same is hereby adopted as the finding of this court. The respondent's [13] motion to dismiss is granted, and the petition for writ of habeas corpus is hereby dismissed with prejudice.

A separate judgment will be entered herein in accordance with this order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this the __13th____ day of May, 2011.

 /s/Tom S. Lee_____
UNITED STATES DISTRICT JUDGE